ACCEPTED
04-14-00338-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/1/2015 8:44:10 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00338-CR

| | | |
|---|---|---|
| BENNY C. VALVERDE, | § | IN THE FOURTH DISTRICT |
| *Appellant* | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS, | § | |
| *Appellee* | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/1/2015 8:44:10 AM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION
## OF TIME TO FILE STATE'S BRIEF

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

NOW COMES, Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, and undersigned Counsel for the State of Texas, and files this Motion asking that the Court extend the time for filing the State's brief.

### I.

This case is on appeal from the 227th District Court of Bexar County, Texas. The style and number of the case in the trial court is *Benny Cavazos Valverde v. The State of Texas*, Cause No. 2012-CR-3980. The deadline for filing the State's brief is July 1, 2015. The State seeks an extension of time of up to 31 days until at least August 1, 2015. This is the State's first request for an extension of time.

### II.

This extension is not sought for the purpose of delaying this appeal. Undersigned counsel for the State was until recently assigned to another section in the District Attorney's Office, assisting with appellate briefs only part time. After a routine rotation of office personnel, undersigned counsel was assigned to the Appellate Division full time

1

but had to take over cases left behind by another counsel. As a result, undersigned counsel is just now getting a chance to review this case for the first time, as well as working on other appeals. Therefore, counsel respectfully asks that the extension be granted.

**III.**

WHEREFORE, PREMISES CONSIDERED, Counsel for the State prays that the Court grant an extension of time until at least August 1, 2015, for filing the State's brief.

Respectfully submitted,

NICHOLAS "NICO" LaHOOD
Criminal District Attorney
Bexar County, Texas

_____/s/_____
ANDREW N. WARTHEN
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
San Antonio, Texas 78205
(210) 335-2414
State Bar No. 24079547
(On Appeal)
*Attorneys for the State*

## CERTIFICATE OF SERVICE

I, Andrew Warthen, Assistant Criminal District Attorney, Bexar County, Texas, hereby certify that a true copy of the above and foregoing Motion was emailed to appellant's attorneys, John G. Jasuta, at lawyer1@johnjasuta.com, and David A. Schulman, at zdrdavida@davidschulman.com, on July 1, 2015.

_____/s/_____
ANDREW WARTHEN
*Assistant Criminal District Attorney*
State Bar No. 24079547
101 West Nueva Street
San Antonio, Texas 78205
Voice: (210) 335-2414
Fax: (210) 335-2436
awarthen@bexar.org

*Attorney for the State of Texas*